UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL CITY BANK,

                    Plaintiff(s),          Case No. 06-14095

v.                                         Hon. Avern Cohn

MULTI BUILDING COMPANY, INC.,
et al,

                    Defendant(s).


## ORDER RE: STATUS CONFERENCE

        This is a receivership action among other issues.  At a status conference on

January 10, 2008 the Court was advised that the outstanding issues in the case are being

resolved and all that will continue in the case is the receivership.  The receiver is directed

to report to the Court on the status of the receivership within 30 days and thereafter each

6 months.  National City Bank is directed to monitor the activities of the receiver.

        IT IS FURTHER ORDERED that all pending motions are **MOOT**.

        Any objections to this order shall be filed with the Court within 5 days.

        SO ORDERED.


Dated:  January 10, 2008           _s/Avern Cohn_____
                                   AVERN COHN
                                   UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record
on this date, January 10, 2008, by electronic and/or ordinary mail.

                                   _s/Julie Owens_____
                                   Case Manager, (313) 234-5160